Hon. Kenneth M. Karas
Civil Action File No. 08-CV-00240-KMK-GAY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
ELAINE CHAO, SECRETARY OF LABOR,  : Civil Action
UNITED STATES DEPARTMENT of LABOR,
                                  : File No. 08-CV-00240-KMK-GAY
         Plaintiff,
                                  : CONSENT JUDGMENT
    v.
CABLE LINE LLC,                   :
         Defendant.
-------------------------------------

    Plaintiff, the Secretary, has filed her complaint and, without admitting any of the violations alleged in the complaint, defendant appeared by Counsel and waives its answer, and agrees to the entry of this Judgment without contest. Defendant acknowledges its responsibilities pursuant to this agreement, and acknowledges that it will be subject to sanctions in contempt of this Court if it fails to comply with the provisions of this Judgment. It is, therefore, upon motion of the attorneys for plaintiff and for cause shown:

    I. ORDERED, ADJUDGED, AND DECREED that defendant Cable Line, LLC, its officers, related and successor businesses, agents, employees, and all persons acting or claiming to act in its behalf and interest are permanently enjoined and restrained from violating the provisions of sections 7, 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the Act), in any of the following manners:

    (1) Defendant shall not, contrary to Section 7 of the Act, employ any of its employees in any workweek who are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the employees receive

compensation for their employment in excess of the prescribed hours at rates not less than one and one-half times the employees' regular rates.

(2) Defendant shall not fail to make, keep, and preserve adequate records of its employees and of the wages, hours, and other conditions and practices of employment it maintains as prescribed by the Regulations issued pursuant to Section 11(c) of the Act and found at 29 CFR Part 516.

II. Further, the Court finding, as agreed by defendant, that overtime compensation is due certain employees in the amount of $60,000.00; it is ORDERED, ADJUDGED AND DECREED that the defendant and all persons acting or claiming to act in its behalf and interest are enjoined and restrained from withholding the payment of $60,000.00 due to its employees in the amounts listed opposite their names on Exhibit A. Payment of the overtime compensation has been made.

III. The provisions of this order relative to back wage payments have been satisfied by defendant's delivery of a certified check in the amount of $60,000 made payable to "Wage-Hour, Labor" to plaintiff's representative, Sonia Rybak, Assistant District Director, U. S. Department of Labor, Wage-Hour Division, 140 Grand Street, Suite 304, White Plains, New York 10601.

IV. The Secretary shall distribute the defendants' payments to the employees and former employees, or to their estates, as set forth in Exhibit A.

V. Defendant shall make available to plaintiff the social security number and last known address of each employee or former employee listed in Exhibit A of this judgment.

VI. Neither defendant nor any one on its behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid as back wages under this Judgment.

VII. Any sums not distributed to the employees, or to their personal representatives because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited with the Clerk of this Court who shall forthwith deposit such money with the Treasurer of the United States pursuant to 28 U.S.C. §§2041 and 2042.

VIII.   ORDERED that neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees or former employees of defendants not listed in Exhibit A, be they current or former employees, to file any action against defendants under section 16(b) of the Act, or likewise for any current or former employee listed in Exhibit A to file any action against defendants under section 16(b) of the Act for any violations alleged to have occurred after April 30, 2006; and it is further

IX. FURTHER ORDERED, ADJUDGED, AND DECREED that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED:   January 18, 2008
         White Plains, New York

_____
United States District Judge
HONORABLE KENNETH M. KARAS

Defendant appeared by counsel and
waived its answer and any defense to
the Complaint, and consent to the
entry of this Judgment.

CORP.
SEAL

CABLE LINE, LLC

BY: _____
    KEVIN DIEHL, President

_____
GEOFFREY L. BEAUCHAMP, ESQ.
Attorney for Defendant

RESOLVED, that the corporation, CABLELINE LLC., ratifies and confirms the offer made to ELAINE L. CHAO, Secretary of Labor, with respect to the alleged violations of the Fair Labor Standards Act of 1938, as amended, and that the corporation consents to the entry of this Judgment against it to be entered in an action which has been filed by the Secretary of Labor against the corporation. The officers of the corporation are authorized to do and perform all acts and things necessary to effectuate the provisions of said Judgment and any or all stipulations, amendments and changes therein.

The undersigned, _David Diehl_, secretary of the corporation certifies that the foregoing is a true copy of a resolution adopted by the Board of Directors at a meeting of the Board on _11/23/_, 2007. The undersigned further certifies that KEVIN DIEHL, whose signature appears below is an officer of the corporation who has duly been authorized by resolution to execute the consent to the entry of this Judgment on behalf of the corporation.

_____
SECRETARY

CORP.
SEAL

STATE OF PENNSYLVANIA   )
                        :SS:
COUNTY OF BUCKS )

On the 23 day of NOV 2007 before me personally appeared KEVIN DIEHL known to me to be the individual who executed the foregoing instrument and he duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Agnes P. Wolf, Notary Public
Perkasie Boro, Bucks County
My Commission Expires July 1, 2008
Member, Pennsylvania Association Of Notaries

2

# EXHIBIT A

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



(Office Address) Hudson Valley Area Office
US Dept of Labor, ESA, Wage & Hour Div
140 Grand Street
Suite 304
White Plains, NY 10601-
914-682-6348

Investigator: Paul Sekscenski
Date: 11/19/2007
Employer Fed Tax ID Number: 33-0998953

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Abreu, Albert | | | 1 | $63.28 |
| Adams, Duane | | | 1 | $794.10 |
| Adams, Michael | | | 1 | $2,329.79 |
| Aguilar, Henry | | | 1 | $579.08 |
| Akins, Donshane | | | 1 | $144.58 |
| Allen, David | | | 1 | $235.91 |
| Amilcar, Georges | | | 1 | $185.56 |
| Anastha, Marc | | | 1 | $1,123.07 |
| Arroyo, Juan | | | 1 | $676.88 |
| Ayala, Angel | | | 1 | $2,069.62 |
| Bednar, Stanley | | | 1 | $3,322.86 |
| Brown, James | | | 1 | $414.48 |
| Brown, Rohan | | | 1 | $1,411.06 |
| Buigues, Gary | | | 1 | $4,987.20 |
| Bwalya, Roni | | | 1 | $59.60 |
| Cable, Jr, Daniel | | | 1 | $318.45 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by 12/29/2007

Signed: _____

Employer Name and Address:
Cable Line, LLC
Cable Line, Inc.
204 Saw Mill River Road
Elmsford, NY 10523

Subtotal: $18,715.52

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

Date: 11/19/2007 11:26:53 AM   Case ID: 1429368   Page 1

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



(Office Address) Hudson Valley Area Office
US Dept. of Labor, ESA, Wage & Hour Div
140 Grand Street
Suite 304
White Plains, NY 10601-
914-682-6348

Investigator: Paul Seksconski

Employer Fed Tax ID Number: 33-0998953

Date: 11/19/2007

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Crowe, Charlton | | | 1 | $1,065.24 |
| Cuervo, Alexander | | | 1 | $930.88 |
| DeFellipes, Tina | | | 1 | $52.89 |
| DeLoatch II, Jeffrey | | | 1 | $505.09 |
| DiPaola, Jr, Michael | | | 1 | $138.09 |
| Dockery, John | | | 1 | $263.06 |
| Doherty, Daniel | | | 1 | $956.13 |
| Donnelly, John | | | 1 | $190.45 |
| Emmanuel, Christian | | | 1 | $850.57 |
| Espinal, Jose | | | 1 | $962.17 |
| Feliz, Cesar | | | 1 | $405.04 |
| Figueroa, Michael | | | 1 | $1,515.15 |
| Fisher, Delano | | | 1 | $569.69 |
| Fisk, Adam | | | 1 | $51.54 |
| Fonseca, Darin | | | 1 | $456.31 |
| Fortune, Chauncey | | | 1 | $2,105.83 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

12/29/2007

Signed:

Employer Name and Address:
Cable Line, LLC
Cable Line, Inc.
204 Saw Mill River Road
Elmsford, NY 10523

Subtotal: $11,018.13

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

Date: 11/19/2007 11:26:55 AM     Case ID: 1429368     Page 2

| Summary of Unpaid Wages | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |

| (Office Address) | Hudson Valley Area Office<br>US Dept. of Labor, ESA, Wage & Hour Div<br>140 Grand Street<br>Suite 304<br>White Plains, NY 10601-<br>914-682-6348 | Investigator:<br>Paul Sekscenski | Date:<br>11/19/2007 |
|---|---|---|---|
| | | Employer Fed Tax ID Number   33-0998953 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Galvin, Bryan | | | 1 | $297.51 |
| Gardener, Graham V | | | 1 | $857.11 |
| Giraldo, Carlos | | | 1 | $23.12 |
| Gittens, Cassius | | | 1 | $464.06 |
| Gordon, Eric | | | 1 | $1,325.09 |
| Grant, Neville | | | 1 | $345.73 |
| Harrison, Nathan | | | 1 | $35.97 |
| Hasher, Chandra | | | 1 | $247.77 |
| Hernandez, Carlos | | | 1 | $57.30 |
| Hernandez, David | | | 1 | $23.32 |
| Hernandez, Francisco | | | 1 | $215.18 |
| James, Joseph | | | 1 | $121.21 |
| James, Rodney | | | 1 | $2,689.97 |
| Jarrett, Patrick | | | 1 | $55.53 |
| Jeanniton, Albert | | | 1 | $55.73 |
| Jennings, Jason | | | 1 | $985.10 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by 12/29/2007

Signed: _____

Employer Name and Address:
Cable Line, LLC
Cable Line, Inc.
204 Saw Mill River Road
Elmsford, NY 10523

Subtotal   $7,799.70

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

Date: 11/19/2007 11:26:57 AM          Case ID: 1429368                                      Page 3

| Summary of Unpaid Wages | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |

(Office Address) Hudson Valley Area Office
US Dept. of Labor, ESA, Wage & Hour Div
140 Grand Street
Suite 304
White Plains, NY 10601-
914-682-6348

Investigator: Paul Sekscenski

Employer Fed Tax ID Number: 33-0998953

Date: 11/19/2007

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Johnson, Kawan | | | 1 | $383.96 |
| Joseph, Dale | | | 1 | $3,746.33 |
| Kibe, Peter | | | 1 | $1,648.74 |
| Lane, Christopher | | | 1 | $435.41 |
| Lelis, Jorge | | | 1 | $4,631.32 |
| Linton, Otis | | | 1 | $77.05 |
| Loza, Samuel | | | 1 | $687.73 |
| Martinez, Nelson | | | 1 | $1,070.26 |
| McLaurin, Charles B | | | 1 | $314.50 |
| Moore, Barry | | | 1 | $189.94 |
| Owens, Jason | | | 1 | $40.17 |
| Pagan, Michael | | | 1 | $313.30 |
| Paniagua, Daniel | | | 1 | $1,556.55 |
| Peters, Anton | | | 1 | $60.46 |
| Phillips, Benard | | | 1 | $624.79 |
| Rivers, Everett O. | | | 1 | $1,165.21 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

12/29/2007

Signed:

Employer Name and Address:
Cable Line, LLC
Cable Line, Inc.
204 Saw Mill River Road
Elmsford, NY 10523

Subtotal  $16,945.72

* Column 4-Code
FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7

Form WH-56

Date: 11/19/2007 11:26:59 AM    Case ID: 1429368    Page 4

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Hudson Valley Area Office
US Dept. of Labor, ESA, Wage & Hour Div
140 Grand Street
Suite 304
White Plains, NY 10601-
914-682-6348

Investigator: Paul Sekscenski

Date: 11/19/2007

Employer Fed Tax ID Number: 33-0998953

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Rojas, Robert | | | 1 | $70.03 |
| Rushton, Christopher | | | 1 | $92.31 |
| Satchell, Nicholas | | | 1 | $331.70 |
| Slips, Richard | | | 1 | $66.16 |
| Soriano, Dhimas | | | 1 | $1,814.42 |
| Starr, Kevin | | | 1 | $38.63 |
| Stewart, Joseph | | | 1 | $26.61 |
| Taveras, Ali | | | 1 | $431.94 |
| Tucker, Barry | | | 1 | $239.55 |
| Tucker, Charlie W | | | 1 | $866.43 |
| Whyte, Ernel | | | 1 | $37.32 |
| Windover, Brian | | | 1 | $116.81 |
| Wishart, Horace | | | 1 | $858.35 |
| Wood, Patrick | | | 1 | $92.83 |
| Yanazzo, Joseph L | | | 1 | $24.39 |
| Zappier, Steven | | | 1 | $413.45 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by 12/29/2007

Signed: _____

Employer Name and Address:
Cable Line, LLC
Cable Line, Inc.
204 Saw Mill River Road
Elmsford, NY 10523

TOTAL: $60,000.00

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56